RICHLAND COUNTY BAR ASSOCIATION *v.* DAVIS.

[Cite as Richland Cty. Bar Assn. *v.* Davis (1991), 57 Ohio St. 3d 196.]

(No. 90-1859—Submitted November 14, 1990—Decided February 20, 1991.)

*Donald R. Teffner,* for relator.

*Inscore, Reinhardt, Whitney & Enderle Co., L.P.A.,* and *Larry L. Inscore,* for respondent.

*Per Curiam.* We agree with the board's recommendation. Respondent is hereby publicly reprimanded. Additionally, respondent shall attend a course in lawyers' trust accounts and immediately establish a trust account for all future clients. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.